IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00734-RPM

ALLEN R. TAYLOR,

    Plaintiff,

v.

HDR ARCHITECTURE, INC., a Nebraska corporation,

    Defendant.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Joint Stipulation for Dismissal withe Prejudice, filed December 21, 2011 [17], it is

ORDERED that this civil action is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED: December 22nd, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge